David A. Gill, Trustee (State Bar No. 032165)
TrusteeECF@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402
Telephone: (310) 201-2407
Facsimile: (310) 277-5735

**UNITED STATES BANKRUPTCY COURT**
CENTRAL  DISTRICT OF  CALIFORNIA
LOS ANGELES  DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| The Wide World Of Susan Wong Llc | § | Case No. 2:14-bk-33764-BR |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Gill (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,047.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,580.48         Claims Discharged
                                                    Without Payment:  NA

Total Expenses of Administration:  2,382.44

---

3) Total gross receipts of $ 5,962.92  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,962.92  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,382.44 | 2,382.44 | 2,382.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 77,904.83 | 880,979.74 | 880,979.74 | 3,580.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 918.00 | 339,532.39 | 339,532.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 78,822.83 | $ 1,222,894.57 | $ 1,222,894.57 | $ 5,962.92 |

4) This case was originally filed under chapter 7 on 12/29/2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2016       By: /s/David A. Gill (TR), TRUSTEE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking Account Chase Bank | 1129-000 | 5,962.92 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,962.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID A. GILL | 2100-000 | NA | 1,346.29 | 1,346.29 | 1,346.29 |
| DAVID A. GILL | 2200-000 | NA | 19.04 | 19.04 | 19.04 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.11 | 7.11 | 7.11 |
| Union Bank | 2600-000 | NA | 210.00 | 210.00 | 210.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | 800.00 | 800.00 | 800.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,382.44 | $ 2,382.44 | $ 2,382.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Department State of California P.O. Box 826215 MIC 3A Sacramento, CA 94230-6215 | | 13,916.61 | NA | NA | 0.00 |
| | State of Nevada Department of Taxation 1550 College Parkway, Suite 115 Carson City, NV 89706 | | 27,400.00 | NA | NA | 0.00 |
| 2 | FRANCHISE TAX BOARD | 5800-000 | 3,142.23 | 14,943.80 | 14,943.80 | 278.16 |
| 1 | Internal Revenue Service | 5800-000 | 33,445.99 | 866,035.94 | 866,035.94 | 3,302.32 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 77,904.83 | $ 880,979.74 | $ 880,979.74 | $ 3,580.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Attention: Bankruptcy Department P.O. Box 650448 Dallas, TX 75265 | | 136.00 | NA | NA | 0.00 |
| | Barclays Bank of Dellaware 100 South West Street Wilmington, DE 19801 | | 682.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Attention: Bankruptcy Department P.O. Box 60024 City of Industry, CA 91716-0024 | | 6.00 | NA | NA | 0.00 |
| | Target Visa Credit Card P.O. Box 660170 Dallas, TX 75266 | | 94.00 | NA | NA | 0.00 |
| 1A | Internal Revenue Service | 7100-000 | NA | 400.00 | 400.00 | 0.00 |
| 2A | FRANCHISE TAX BOARD | 7300-000 | NA | 3,202.38 | 3,202.38 | 0.00 |
| 3A | FRANCHISE TAX BOARD | 7300-000 | NA | 48.00 | 48.00 | 0.00 |
| 1B | Internal Revenue Service | 7300-000 | NA | 335,882.01 | 335,882.01 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 918.00 | $ 339,532.39 | $ 339,532.39 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-33764 | BR | Judge: | Barry Russell | Trustee Name: | David A. Gill (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | The Wide World Of Susan Wong Llc | | | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 12/14/2016 | | | | Claims Bar Date: | 07/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business Checking Account Business Savings Account Chase Ban | 47.00 | 0.00 | | 0.00 | FA |
| 2. Business Checking Account Chase Bank | 5,962.92 | 5,962.92 | | 5,962.92 | FA |
| 3. Worker's Compensation Insurance Through Employers. No Cash V | 0.00 | 0.00 | | 0.00 | FA |
| 4. General Liability Insurance Through Ipfs Company. No Cash Va | 0.00 | 0.00 | | 0.00 | FA |
| 5. 4 Desktop Computers, 4 Laptops, 2 All-In-One Printers, 5 Wor | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Possible fraudulent transfer (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $8,009.92    $5,962.92    $5,962.92    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

The Debtor was an entity with 28-30 employees.    The Debtor's business included: conducting porter services (baggage handling) and ticket sales for a company called Mega Bus, which organizes trips from LA to San Francisco or Las Vegas.  Ms. Wong indicated that the Debtor had a two-year contract with Mega Bus, which ended in September 2014.  It allegedly was for $100,000 per year.  Apparently, the Debtor also provided tour guides for other clients.  The guides were contract workers.

The principal of the Debtor, Susan Wong, testified at the 341(a) exam.  She testified that she owned 51% of the Debtor, and that David John deRuyter owned 49%.   She testified that, when the Debtor's contract with Mega Bus ended in September 2014, she ended the Debtor's operations.  Her son then opened a new company, in which he signed a contract with Mega Bus which was similar to the one the Debtor had before.  Now, Ms. Wong allegedly works for her son in his new company.  It appears that the Debtor's employees were rehired by the new company.  I was unable to find proof that any valuable assets of the old business were transferred to the new business.

Ms. Wong testified that in 2014 Mr. deRuyter  "stole" at least $35,000 (between January and July 2014).  I investigated the Debtor's allegations.  I requested documents from Debtor's former accountant as to the allegations regarding Mr. deRuyter, but after several requests, neither the Debtor or its accountant could provide me with anything to support the claim

I requested that the Court set a claims bar date.  Other than the taxing authorities, none of the creditors filed claims.  I requested that my accountant review the file to determine if tax returns were required.  I was advised that by my accountants that tax returns would not be required.

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-33764 | Trustee Name: | David A. Gill (TR), TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | The Wide World Of Susan Wong Llc | Bank Name: | Union Bank |
|  |  | Account Number/CD#: | XXXXXX2097 |
|  |  |  | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX9420 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/14/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | 2 | Bryan Wong<br>CHASE CASHIER'S CHECK | CLOSING OF CHASE BANK ACCOUNT | 1129-000 | $5,962.92 |  | $5,962.92 |
| 05/26/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,947.92 |
| 06/08/15 | 5001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | TRUSTEE BOND PREMIUM, #016030866 | 2300-000 |  | $4.67 | $5,943.25 |
| 06/25/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,928.25 |
| 07/27/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,913.25 |
| 08/25/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,898.25 |
| 09/25/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,883.25 |
| 10/26/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,868.25 |
| 11/25/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,853.25 |
| 12/28/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $5,838.25 |
| 01/13/16 | 5002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | TRUSTEE BOND PREMIUM, BOND #016030866, PER LBR 2016-2(c) | 2300-000 |  | $1.12 | $5,837.13 |

Page Subtotals:  $5,962.92    $125.79

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-33764
Case Name: The Wide World Of Susan Wong Llc
Taxpayer ID No: XX-XXX9420
For Period Ending: 12/14/2016

Trustee Name: David A. Gill (TR), TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX2097
GENERAL ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,822.13 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,807.13 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,792.13 |
| 04/19/16 | 5003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | TRUSTEE BOND PREMIUM, BOND #016030866 | 2300-000 | | $1.32 | $5,790.81 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,775.81 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,760.81 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,745.81 |
| 10/14/16 | 5004 | DAVID A. GILL 1900 AVE OF THE STARS, 11TH FL LOS ANGELES, CA  90067 | TRUSTEE'S COMPENSATION PER ORDER ENTERED 10/12/16 | 2100-000 | | $1,346.29 | $4,399.52 |
| 10/14/16 | 5005 | DAVID A. GILL 1900 AVE OF THE STARS, 11TH FL LOS ANGELES, CA  90067 | TRUSTEE'S EXPENSES PER ORDER ENTERED 10/12/16 | 2200-000 | | $19.04 | $4,380.48 |
| 10/14/16 | 5006 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO BOX 2952 Sacramento, CA  95812-2952 | First and fnal distribution to claim 3 representing a payment of 100.00 % | 2990-000 | | $800.00 | $3,580.48 |

Page Subtotals: $0.00    $2,256.65

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-33764
Case Name: The Wide World Of Susan Wong Llc
Taxpayer ID No: XX-XXX9420
For Period Ending: 12/14/2016

Trustee Name: David A. Gill (TR), TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX2097
GENERAL ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/16 | 5007 | Internal Revenue Service<br>Irs Department Of The Treasury<br>Acs Support - Stop 813G<br>P.O. Box 145566<br>Cincinnati, Oh 45250-5566 | First and fnal distribution to claim 1 representing a payment of 1.86 % | 5800-000 |  | $3,302.32 | $278.16 |
| 10/14/16 | 5008 | FRANCHISE TAX BOARD<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA  95812-2952 | First and fnal distribution to claim 2 representing a payment of 1.86 % | 5800-000 |  | $278.16 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,962.92 | $5,962.92 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,962.92 | $5,962.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,962.92 | $5,962.92 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Page Subtotals: $0.00   $3,580.48

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2097 - GENERAL ACCOUNT | $5,962.92 | $5,962.92 | $0.00 |
|  | $5,962.92 | $5,962.92 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,962.92 |
| Total Gross Receipts: | $5,962.92 |